CUNNINGHAM et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division. First Department. April 20, 1905.) Action by William P. Cun-

ningham and others against the city of New York. L. L. Kellogg, for appellants. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.